IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C-14-3466 MMC |
| PACIFIC THOMAS CORPORATION, dba THOMAS CAPITAL, dba SAFE STORAGE, | Bankruptcy Adv. Proc. No. 13-05114 MEH (formerly 13-04079) |
| Debtor. | **ORDER CLOSING CONSOLIDATED CASE FOR STATISTICAL PURPOSES ONLY** |
| KYLE EVERETT, Chapter 11 Trustee, | |
| Plaintiff | |
| v. | |
| RANDALL WHITNEY, et al., | |
| Defendants. / | |

By order filed December 1, 2014, the following two appeals were consolidated:

<u>Everett v. Whitney (In re Pacific Thomas Corp.)</u>, Case No. 14-3465 MMC
<u>Everett v. Whitney (In re Pacific Thomas Corp.)</u>, Case No. 14-3466 MMC

In light of the consolidation, the parties have been directed, pursuant to the Court's order of December 1, 2014, to file all further documents in Case No. C-14-3465. Consequently, there appears to be no reason at this time to maintain the higher-numbered case as an open file for statistical purposes. Accordingly, the above-referenced case, specifically, Case No. 14-3466, is hereby CLOSED for statistical purposes only.

//

Nothing contained in this order shall be considered a dismissal or disposition of any action, and, should further proceedings therein become necessary or desirable in Case No. 14-3466 MMC, any party may initiate them in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated:  December 1, 2014

MAXINE M. CHESNEY
United States District Judge